PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: James A Cardinali  Cr.: 17-00286-001
PACTS #: 3775193

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/09/2018

Original Offense:   Conspiracy to Defraud the United States, 18 U.S.C. § 371

Original Sentence: 1 year and 1 Day imprisonment, 3 years' supervised release

Special Conditions: Financial Disclosure, New Debt Restrictions, 3 months Location Monitoring (Satisfied November 5, 2019), and $166,255 in Restitution.

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/24/2019

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Aruba from July 20 to July 31, 2022 for a family vacation. He will be traveling with his wife and daughter and will be staying at La Cabana Resort.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Cardinali reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Cardinali has maintained stable residence and is employed with Gerald Eglentowicz Wrecking in Kearny, New Jersey. He pays $200 monthly towards his financial obligations. He has paid $6,250 towards his restitution thus far and has an outstanding balance of $114,008.29. As such, he is in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*               03/03/2022
KELLY A. MACIEL                 Date
U.S. Probation Technician

Prob 12A – page 2
James A Cardinali

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Travel Approved

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

3/4/2022
Date